# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL HANSON, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | No. CIV-24-102-SLP |
| KELLI DAVIS, ) | |
| Jess Dunn Correctional ) | |
| Center Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER TO CURE DEFICIENCY

The Court has received the habeas petition Petitioner tendered in this matter. Doc. 1.[1] For this action to proceed, Petitioner must either pay the $5.00 filing fee or be granted leave to proceed without prepayment of the fee. 28 U.S.C. §§ 1914(a), 1915(a)(1); LCvR3.2. Petitioner has neither paid the filing fee, nor submitted a motion for leave to proceed in forma pauperis in accordance with § 1915(a)(2) and LCvR3.3, 3.5.

Petitioner must either pay the $5.00 filing fee or file an application to proceed in forma pauperis by February 23, 2024. Failure to comply with this order may result in the Court recommending dismissal of this action. The Clerk of Court is directed to send Petitioner the form necessary to comply with this order.

---

[1] This matter has been transferred to the United States District Court for the Western District of Oklahoma. Doc. 3.

**SO ORDERED** this 2nd day of February, 2024.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE