IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL HANSON, JR., | ) |
| Petitioner, | ) ) ) |
| v. | ) ) ) No. CIV-24-102-SLP |
| KELLI DAVIS,<br>Jess Dunn Correctional<br>Center Warden, | ) ) ) ) |
| Respondent. | ) ) |

# ORDER

The undersigned has examined Petitioner's petition for writ of habeas corpus and now orders as follows:

1. Respondent shall file an answer, motion or other response within thirty days from this order's date, consistent with Rule 5 of the Rules Governing Section 2254 Cases.

2. If Respondent files an answer or other response, Petitioner shall file a reply within fifteen days from the filing date. *See* Rule 5(e). If Respondent files a motion, Petitioner shall file a response within twenty-one days after the date the motion was filed. Any motion that is not opposed within twenty-one days may, in the discretion of the court, be deemed confessed. *See* LCvR 7(g).

3. The Clerk of Court is directed to send a copy of both the petition and this Order to the Attorney General of the State of Oklahoma on Respondents' behalf at the following address: fhc.docket@oag.ok.gov.

**SO ORDERED** this 18th day of March, 2024.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE