# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL HANSON, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-24-102-SLP |
| | ) |
| KELLI DAVIS, | ) |
| | ) |
| Respondent. | ) |

## PRE-ANSWER MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS FOR LACK OF JURISDICTION OVER CASE NO. CF-2022-465 AND COUNTS 1-27 AND 30-32 OF CASE NO. CF-2022-1542 AND FOR FAILURE TO EXHAUST STATE COURT REMEDIES

Comes now Respondent, by and through the Attorney General of the State of Oklahoma, Gentner F. Drummond, and respectfully requests that the instant Petition for Writ of Habeas Corpus be dismissed as this Court lacks jurisdiction over Case No. CF-2022-465 and Counts 1-27 and 30-32 of Case No. CF-2022-1542, and for Petitioner's failure to exhaust his state court remedies.[1] Respondent has filed a brief in support of this Motion which is being filed simultaneously herewith which more fully explains and supports Respondent's position.

---

[1] This Court's Order calling for a response expressly states that "Respondent shall file an answer, motion or other response within thirty days from this order's date, consistent with Rule 5 of the Rules Governing Section 2254 Cases." Doc. 11. In the event this Court denies this motion to dismiss, Respondent respectfully requests permission to file a response on the merits.

Wherefore, for the reasons contained within Respondent's brief in support, Respondent respectfully requests that this Court dismiss the instant petition for Petitioner's failure to exhaust state court remedies.

Respectfully submitted,

**GENTNER F. DRUMMOND**
**ATTORNEY GENERAL OF OKLAHOMA**

**s/ KEELEY L. MILLER**
**KEELEY L. MILLER, OBA #18389**
**SENIOR ASSISTANT ATTORNEY GENERAL**
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921
(405) 522-4534 (FAX)
Service email: fhc.docket@oag.ok.gov

**ATTORNEYS FOR RESPONDENT**

## CERTIFICATE OF SERVICE

**X**   I hereby certify that on April 17, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

**X**   I hereby certify that on April 17, 2024, I served the attached document by mail on the following, who is not a registered participant of the ECF System:

Michael S. Hanson, Jr. #1000153
Jess Dunn Correctional Center
P.O. Box 316
Taft, OK 74463-0316

s/ KEELEY L. MILLER