\# 2

D/S
S/S
P/P
TTD (circled)
DOC / OCJ / OPS

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
THE STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
MAR 15 2023
RICK WARREN
COURT CLERK
122

STATE OF OKLAHOMA,

　　Plaintiff,

vs.                                    Case No. CF-2022-1542

Michael S. Hanson, Jr.

　　Defendant.

Last four digits of SS# 4467
Last four digits of DL# _____ State _____
Month and Year of Birth 01/1980
Place of Birth _____ / _____
　　　　　　　　　　City　　　State
Oklahoma DOC # In Custody

(Home Address)

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
MAR 15 2023
RICK WARREN
COURT CLERK
122

## PLEA OF GUILTY
## SUMMARY OF FACTS

Part A: Findings of Fact, Acceptance of Plea

CIRCLE

1. Is the name just read to you your true name?　　**Yes**　No

　　If no, what is your correct name? _____

　　I have also been known by the name(s): _____

2. My lawyer's name is: Tony Coleman

3. (a) Do you wish to have a record made of these proceedings by a Court Reporter?　　Yes　**No**

　　(b) Do you wish to waive this right?　　**Yes**　No

4. Age: 43   Grade completed in school: 13 yrs

5. Can you read and understand this form?　　**Yes**　No
　　(If the answer above is no, Addendum A is to be completed and attached)

**EXHIBIT 3**

6. Are you currently taking any medications or substances which affect your ability to understand these proceedings?   Yes (No)

7. Have you been prescribed any medication that you should be taking, but you are not taking?   Yes (No)

    If so, what kind and for what purpose? _____

_____

_____

8. Have you ever been treated by a doctor or health professional for mental illness or confined in a hospital for mental illness?   Yes (No)

    If yes, list the doctor or health professional, place, and when occurred:

_____

_____

9. Do you understand the nature and consequences of this proceeding?   (Yes) No

10. Have you received a copy of the Information and read its allegations?   (Yes) No

11. Does the State move to dismiss or amend any case(s) or count(s) in the information or on page 2 of the information? If so, set forth the cases/counts dismissed or amended.   Yes (No)

_____

_____

_____

12. A. Do you understand you are charged with:

| Crime | Statutory Reference | | |
|---|---|---|---|
| (1) Embezzlement Counts (1-11) | 21 O.S. 1451(B)(2) | (Yes) | No |
| (2) Embezzlement Counts (12-27) | 21 O.S. 1451(B)(3) | (Yes) | No |
| (3) Embezzlement Counts (28-29) | 21 O.S. 1451(B)(4) | (Yes) | No |
| (4) Embezzlement Counts (30-32) | 21 O.S. 1451(B)(1) | (Yes) | No |
| (5) Racketeering Count (33) | 22 O.S. 1403(O)(r) | (Yes) | No |
| (6) _____ | ___ O.S. ___ | Yes | No |

For additional charges: List any additional charges on a separate sheet and label as "PLEA OF GUILTY ADDENDUM B"

2

B. Are you charged after former conviction of a felony?  Yes (No)

   If yes, list the felony(ies) charged: _____

_____

13. Have you previously been convicted of a felony? If so, when, where, and for what felony/felonies?

_____

_____

14. ____ (Check if applicable) Do you understand you are subject to the Delayed Sentencing Program for Young Adults and what that sentencing program involves?   Yes   No

   ____ (Check if applicable) Do you understand that upon a conviction on a plea of guilty to the offense(s) of _____ you will be required to serve a minimum sentence of: _____:   Yes   No

   ____ 85% of the sentence of imprisonment imposed before being eligible for parole consideration and are not eligible for earned or other type of credits which will have the effect of reducing the length of sentence of less than 85% of the sentence imposed?   Yes   No

   ____% of the sentence of imprisonment imposed or received prior to becoming eligible for state correctional earned credits toward completion of your sentence or eligibility for parole?   Yes   No

   ____ (Check if applicable) Do you understand that a conviction on a plea of guilty to the offense(s) of _____ will subject you to mandatory compliance with the Oklahoma Sex Offender Registration Act?   Yes   No

   ____ (Check if applicable) Do you understand that any person sentenced to imprisonment for two (2) years or more for the offense(s) of _____, involving sexual abuse, sexual exploitation, or illegal sexual conduct, shall be required to serve a term of post-imprisonment supervision for at least three (3) years under conditions determined by the Department of Corrections in addition to the actual term of imprisonment? There will be no post-imprisonment supervision for a sentence of life or life without the possibility of parole for offenses involving sexual abuse, sexual exploitation, or illegal sexual conduct.   Yes   No

   ____ (Check if applicable) Do you understand that a conviction on a plea of guilty to the offense(s) of _____ will subject you to mandatory compliance with the Oklahoma Methamphetamine Offender Registry Act?   Yes   No

   ____ (Check if applicable) Do you understand that a conviction on a plea of guilty to the offense(s) of _____ will subject you to mandatory compliance with the Mary Rippy Violent Crime Offenders Registration Act?   Yes   No

   ✓ (Check if applicable) Do you understand that the Court is required to include in the sentence of any person convicted of a felony and sentenced to a term of imprisonment after November 1, 2012, a term of post-imprisonment supervision. The post-imprisonment supervision shall be for a period of not less than nine (9) months nor more than one (1) year following confinement of the person and shall be served under conditions prescribed by the Department of Corrections. There will be no post-imprisonment supervision for a sentence of life without the possibility of parole.   (Yes)   No

3

15. What is/are the charge(s) to which the defendant is/are entering a plea today?

    (1) Embezzlement Counts (1-11)
    (2) Embezzlement Counts (12-27)
    (3) Embezzlement Counts (28-29)
    (4) Embezzlement Counts (30-32)
    (5) Racketeering Count (33)
    (6) _____

16. Do you understand the range of punishment for the crime(s) is/are:
    (List in same order as in No. 15 above)

    (1) Minimum of 1yr Jail to a maximum of 22yrs DOC NMT 2 and/or a fine of $ ~~$22,600.40~~ $21,600.10 (Yes) No
    (2) Minimum of _____ to a maximum of ~~75yrs DOC~~ NMT 5 and/or a fine of $ ~~50~~ 89,553.02 (Yes) No
    (3) Minimum of _____ to a maximum of ~~18yrs DOC~~ NMT 8 and/or a fine of $ ~~100~~ 75,255.68 (Yes) No
    (4) Minimum of _____ to a maximum of ~~3yr Jail~~ 1 year and/or a fine of $ ~~100~~ 559,226.40 (Yes) No
    (5) Minimum of _____ to a maximum of 10yrs DOC -Life and/or a fine of $_____ (Yes) No
    (6) Minimum of _____ to a maximum of _____ and/or a fine of $_____ Yes No

17. Read the following statements: You have the right to a speedy trial before a jury for the determination of whether you are guilty or not guilty and if you request, to determine sentence. (If pleading to capital murder, advise of procedure in 21 O.S. § 701.10(B)). At the trial:

    (1) You have the right to have a lawyer represent you, either one you hire yourself or if you are indigent a court appointed attorney.
    (2) You are presumed to be innocent of the charges.
    (3) You may remain silent or, if you choose, you may testify on your own behalf.
    (4) You have the right to see and hear all witnesses called to testify against you and the right to cross-examine them.
    (5) You may have your witnesses ordered to appear in court to testify and present evidence of any defense you have to these charges.
    (6) The state is required to prove your guilt beyond a reasonable doubt.
    (7) The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would decide if you were guilty or not guilty and if guilty, the appropriate punishment.

    Do you understand each of these rights?  (Yes)  No

18. Do you understand by entering a plea of guilty you give up these rights?  (Yes)  No

4

19. Do you understand that a conviction on a plea of guilty could increase punishment in any future case committed after this plea?  (Yes)  No

20. Have you talked over the charge(s) with your lawyer, advised him/her regarding any defense you may have to the charges and had his/her advice?  (Yes)  No

21. Do you believe your lawyer has effectively assisted you in this case and are you satisfied with his/her advice?  (Yes)  No

22. Do you wish to change your plea of not guilty to guilty and give up your right to a jury trial and all other previously explained constitutional rights?  (Yes)  No

23. Is there a plea agreement?  (Yes)  No

    What is you understanding of the plea agreement? Count 33, 12 yrs to do in DOC custody; Counts 28-29, 8 yrs to do in DOC custody to run cc with each other but cs to Count 33; Counts 1-27 and Counts 30-32 to run cc with Counts 28-29 ↳ 1 year on 1-11 + 2 years on 12-27

24. Do you understand the Court is not bound by any agreement or recommendation and if the Court Does not accept the plea agreement, you have the right to withdraw you plea of guilty?  (Yes)  No

    (Yes)  No

25. Do you understand that if there is no plea agreement the Court can sentence you within the range of punishment stated in question 16?

    (Yes)  No

26. Do you understand your plea of guilty to the charge(s) is/are after: (check one)
    (X) no prior felony convictions
    ( ) one (1) prior felony conviction
    ( ) two (2) or more prior felony convictions
    List prior felony convictions to which pleading: _____

    _____

    _____

27. What (is) (are) your plea to the charge(s) (and to each one of them)?
    Counts 1-33 - Guilty

5

28. Did you commit the acts as charged in the information?   (Yes)  No

    State the factual basis for your plea(s) __See Addendum C.__

    _____

    _____

    _____

    (Attach additional pages as needed, labeled as Addendum C)

29. Have you been forced, abused, mistreated, or promised anything by anyone to have you enter your plea(s)?   Yes  (No)

30. Do you plead guilty of your own free will and without any coercion or compulsion of any kind?   (Yes)  No

31. If you are entering a plea to a felony offense, you have a right to a Pre-Sentence Investigation and Report which would contain the circumstances of the offense, any criminal record, social history and other background information about you. Do you want to have the Report?   Yes  (No)

32. (a) Do you have any additional statements to make to the Court?   Yes  (No)
    (b) Is there any legal reason you should not be sentenced now?   Yes  (No)

HAVING BEEN SWORN, I, the Defendant whose signature appears below, make the following statements under oath:

(1) CHECK ONE:

   _____ (a) I have read, understood and completed this form.

   __X__ (b) My attorney completed this form and we have gone over the form and I understand its contents and agree with the answers. See Addendum "A"

   _____ (c) The Court completed this form for me and inserted my answer to the questions.

(2) The answers are true and correct.

(3) I understand that I may be prosecuted for perjury if I have made false statements to this Court.

x _____
                                    DEFENDANT

I acknowledge this __15th__ day of __March__, 20__23__.

_____
JUDGE OF THE DISTRICT COURT

6

33. I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose and consequence of this proceeding. (S)He is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and he/she has been informed of all legal and constitutional rights.

_____ 21494
ATTORNEY FOR DEFENDANT

34. The sentence recommendation in question 23 is correctly stated. I believe the recommendation is fair to the State of Oklahoma.

35. Offer of Proof (Nolo contendere plea) _____

_____

_____

_____

_____

36. On entering a plea of a felony offense, the State has a right to a pre-sentence investigation and    Yes    No
    report. The State waives the right to a pre-sentence investigation?

_____ 33305
ASSISTANT ~~DISTRICT~~ ATTORNEY General

7

THE COURT FINDS AS FOLLOWS:

37.
    A. The Defendant was sworn and responded to questions under oath.

    B. The Defendant understands the nature, purpose, and consequences of this proceeding.

    C. The Defendant's plea(s) of __Guilty__ is/are knowing and voluntarily entered and accepted by the Court.

    D. The Defendant is competent for the purpose of this hearing.

    E. A factual basis exists for the plea(s) (and former conviction(s), if applicable).

    F. The Defendant is guilty as charged: (check as appropriate)
        ( ) after no prior felony convictions.
        ( ) after one (1) prior felony conviction
        ( ) after two (2) or more prior felony convictions.

    G. Sentencing or order deferring sentence shall be: imposed instanter ( ); or continued until the _____ day of _____, 20_____

    H. Defendant is committed to:
        _____ The RID Program
        _____ The FORT Program
        _____ The Delayed Sentencing program for Youthful Offenders

DONE IN OPEN COURT this __15th__ day of __March__, 20__23__.

_____  
Court Reporter Present

_____  
JUDGE OF THE DISTRICT COURT

_____  
(Deputy Court Clerk)

__PERRY HUDSON__  
NAME OF JUDGE

8

PART B: Sentence on Plea

Case No. CF-2022-1542
State v. Michael S. Hanson, Jr.
Date March 15, 2023

## THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:

### TIME TO SERVE

1. You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows: (list in same order as in question No. 15 in Part A)

   (1) Counts (1-11)    1 yrs
   (2) Counts (12-27)   2 yrs
   (3) Counts (28-29)   8 yrs
   (4) Counts (30-32)   Time Served (6 months)
   (5) Count (33)       12 yrs
   (6) _____

   Upon Release from such confinement, you shall serve a term of post-imprisonment supervision under conditions prescribed by the Department of Corrections for a period of not less than nine (9) months nor more than one (1) year following confinement of the person and shall be served under conditions prescribed by the Department of Corrections. There will be no post-imprisonment supervision for a sentence of life without the possibility of parole.

2. The sentence(s) is/are to run:

   (concurrently/consecutively) WITH Count 33 cs to Counts (28-29). but count (1-11) cc w/ counts (28-29) and (12-27) and (1-11) and cc w/ CF-22-465

   (OR)

   _____ NOT APPLICABLE

3. Defendant shall receive:

   __X__ Credit for time served while in the Oklahoma County Jail awaiting these charges

   _____ No credit for time served

### DEFERRED SENTENCE

1. The sentencing date is deferred until _____, 20____ at _____ ____.M.

2. You (will/will not) be supervised. The terms set forth in the Rules and Conditions of Probation shall be the Rules you must follow during the period of deferment.

9

## SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows:

    (1) _____  (4) _____

    (2) _____  (5) _____

    (3) _____  (6) _____

    To be suspended as follows:

    (a) ALL SUSPENDED   YES \_\_\_\_   NO \_\_\_\_

    (b) Suspended *except* as to the first _____ (months)(years) of the term(s) during which time you are to be held in the custody of the Department of Corrections, the remainder of the sentence(s) to be suspended under the terms set forth in the Rules and Conditions of Probation.

    \_\_\_\_ Said period of incarceration shall be in the custody of the Department of Corrections, to be served in the County Jail, in lieu of the Department of Corrections, pursuant to the Community Service Sentencing Program, 22 O.S. Section 991a – 4.1.

    Defendant's term of incarceration shall be calculated as:

    \_\_\_\_ Calendar days with credit for good behavior only (57 O.S. Section 65)

    \_\_\_\_ As calculated by the Sheriff with all implemented and allowable credits allowed by law.

2. The sentence(s) is/are to run:
    (concurrently/consecutively) WITH _____

    OR   \_\_\_\_ NOT APPLICABLE

3. Defendant shall receive :

    \_\_\_\_ Credit for time served while in the Oklahoma County Jail awaiting these charges

    \_\_\_\_ No credit for time served

## FINES AND COSTS

You are to pay a fine(s), costs, fees and/or restitution to the Oklahoma County District Court Clerk as set out in Addendum E which is attached and made a part of this Order.

## COURT CLERK'S DUTY

IT IS FURTHER ORDERED that the Clerk of this Court shall register or report the following circumstances in accordance with the applicable statutory authority:

( ) As to Count(s) _____, the defendant is ineligible to register to vote pursuant to Section 4-101 of Title 26.

( ) Pursuant to Section 985.1 of Title 22, the Court departed from mandatory minimum sentence of imprisonment as to Count(s) _____.

( ) As to Count(s) _____, the defendant is subject to the Methamphetamine Offender Registry requirements as set forth in Section 2-701 of Title 63.

( ) Defendant is a lawyer and certified copies of this document shall be transmitted to the Chief Justice of the Supreme Court and the General Counsel of the Bar Association within five (5) days as set forth in Rule 7.2 of the Oklahoma Rules of Professional Conduct, 5 O.S. Supp.2014, ch. 1, app. 1-A.

## "NOTICE OF RIGHT TO APPEAL"

Sentence to Incarceration, Suspended, or Deferred:

To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the District Court Clerk's office a written Application to Withdraw Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw you plea. The Trial Court must hold a hearing and rule upon your application within thirty (30) days from the date it is filed. If the Trial Court denies your application, you have the right to ask the Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days from the date of the denial. Within ten (10) days from the date the Application to Withdraw Plea of Guilty is denied, Notice of Intent to Appeal and Designation of Record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2(D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.

Do you understand each of these rights to appeal?   (Yes)   No

Do you want to remain in the county jail ten (10) days before being taken to the place of confinement?   Yes   No

Have you fully understood the questions that have been asked?   (Yes)   No

Have your answers been freely and voluntarily given?   (Yes)   No

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED.

_____
DEFENDANT

I, the undersigned attorney, have advised the Defendant of his/her appellate rights

_____ 21494
ATTORNEY FOR DEFENDANT

Done in open court, with all parties present, this __15th__ day of __March__ 20__23__.

_____          _____
Court Reporter Present                              JUDGE OF THE DISTRICT COURT

_____          PERRY HUDSON
Deputy Court Clerk                                    NAME OF JUDGE

11

## ADDENDUM "A"

## CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the Defendant, **Michael S. Hanson, Jr.**

Case No. **CF-2022-1542**, I certify that:

1. The Defendant has stated to me that he/she is unable to read and understand the attached form. I have: (check the appropriate option)

    **X** determined the Defendant is able to understand the English language.

    _____ determined the Defendant is unable to understand the English language and obtained _____ to interpret.

2. I have read and fully explained to the Defendant the allegations contained in the information in this case.

3. I have read and fully explained to the Defendant all of the question in the Plea of Guilty/Summary of Facts and (check appropriate option)

    _____ the Defendant completed the form in his/her own handwriting.

    **X** I completed the form for the Defendant and inserted the Defendant's answers to the questions in my own handwriting.

4. To the best of my knowledge and belief the statements and declarations made by the Defendant are accurate and true and have been freely and voluntarily made.

Dated this **15th** day of **March**, 20**23**

_____ 21494

**Attorney for the Defendant**

12

## ADDENDUM E
## FINES AND COSTS

YOU ARE ORDERED TO PAY TO THE OKLAHOMA COUNTY COURT CLERK <u>INSTANTER</u> ACTUAL COURT COSTS, AS DETEMINED BY THE OKLAHOMA COUNTY COURT CLERK, AND ACTUAL WITNESS FEE TO BE TAXED AS OKLAHOMA COUNTY COURT CLERK. YOU ARE FUTHER ORDERED TO PERFORM COMMUNITY SERVICE AND/OR PAY RESTITUTION PER ANY SEPARATE SCHEDULING ORDER AND INCORPORATED AS A PART OF THIS ORDER:

CHECK THE APPROPRIATE BOX:

☐ FINES TOTALING THE AMOUNT OF ............................................................................................................ $_____

☒ VICTIM COMPENSATION IN THE AMOUNT OF .....Minimum each count........................... $_____
($45 per felony count, or $50 per count if criminally injurious; $30 per misdemeanor court-minimum assessment)

☐ LABORATORY ANALYSIS FEE FOR THE BENEFIT OF _____ LAB................................... $_____
($150 for each offense where forensic science or laboratory services are rendered)

☐ JUDICIAL ASSESSMENT IN LIEU OF FINE (22 O.S. § 991c (A)(2)............................................................. $_____

☐ PRE-SENTENCE INVESTIGATION REPORT TO THE DEPARTMENT OF....................................................... $_____
CORRECTIONS IN THE AMOUNT OF ($5.00 TO $250.00)

☐ COURT APPOINTED ATTORNEY FEE IN THE AMOUNT OF ............................................................... $_____

☐ DPS FEE ($155 for DUI, APC or Reckless Driving) ............................................................................ $_____

☐ DNA FEE ($150 unless a valid DNA sample is in OSBI DNA Offender Data Base)............................ $_____

☐ DISTRICT ATTORNEY FEE ($50 per felony count; $30 per misdemeanor count).............................. $_____

☐ TRAUMA CARE FEE ($100 on each drug offense) ($100 on TOC)...................................................... $_____

☐ DRUG ABUSE EDUCATION AND TREATMENT ASSESSMENT........................................................... $_____
($100 on Poss. w/ Intent, DUI APC) (63 O.S. § 2-503.2(A)(1)-$100 to $3,000 for each offense under the Uniform Controlled Dangerous Substances Act or Trafficking in Illegal Drugs Act)

☐ INCARCERATION COST........................................................................................................... ACTUAL COST

☐ PAY RESTITUTION ACCORDING TO **EXHIBIT "A" – SUPPLEMENTAL COURT ORDER**, INCORPORATED AS A PART OF THIS ORDER.

☐ PERFORM COMMUNITY SERVICE ACCORDING TO **EXHIBIT "A" – SUPPLEMENTAL COURT ORDER**, INCORPORATED AS A PART OF THIS ORDER.

☐ YOU WILL SUBMIT TO A BUCCAL SWAB FOR DNA ANALYSIS       ☐ NOT APPLICABLE

Done in open court this 15th day of March, 2023.

_____
Defendant

_Tony Cole 21494_
Attorney for the Defendant (Printed)

_[signature] 21494_
Attorney for the Defendant (Signature)

_____
Assistant District Attorney (Printed)

_[signature] 33305_
Assistant ~~District~~ Attorney (Signature) General

_[signature]_
Judge of the District Court