```
*1055085644*
```

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
THE STATE OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: CF-2022-1542 |
| vs. | ) | |
| | ) | |
| Michael Hanson, | ) | **FILED IN DISTRICT COURT** |
| | ) | **OKLAHOMA COUNTY** |
| Defendant. | ) | |

MAR **2 1** 2023

RICK WARREN
COURT CLERK
04

Month and Year of Birth: 01/1980
Place of Birth: N/A
Last four digits of SS#: 4467
DOC #: N/A
Last four digits of DL#: N/A
State of issuance: N/A

### JUDGMENT AND SENTENCE

Now, on this 15th day of March, 2023, this matter comes on before the undersigned Judge, for sentencing and the Defendant, Michael Hanson appears personally and by Attorney Tony Coleman, the State of Oklahoma represented by Assistant Attorney General, Matthew Willoughby, and the Defendant, having previously:

Entered a plea of guilty to the crime(s) of:

| | |
|---|---|
| Counts 1-11: Embezzlement | 21 O.S. 1451 (B) (2) |
| Counts 12-27: Embezzlement | 21 O.S. 1451 (B) (3) |
| Counts 28-29: Embezzlement | 21 O.S. 1451 (B) (4) |
| Counts 30-32: Embezzlement | 21 O.S. 1451 (B) (1) |
| Count 33: Racketeering | 22 O.S. 1403 (10) (R) |

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED BY THE COURT** that the Defendant, Michael Hanson, is guilty of the above described offenses and is sentenced as follows:

### TERM OF IMPRISONMENT

SENTENCED TO A TERM OF:

Counts 1-11: One (1) Year per Count

Counts 12-27: Two (2) Years per Count

Counts 28-29: Eight (8) Years per Count

Counts 30-32: Six (6) Months per Count

Count 33: Twelve (12) Years

In the custody and control of the Oklahoma Department of Corrections.

**EXHIBIT 4**

**THESE TERMS TO BE SERVED AS FOLLOWS:**
The Defendant shall receive credit for time served while in the Oklahoma County Jail awaiting these charges. Counts One (1) – Thirty-Two (32) are to run concurrently with one another. Count Thirty-Three (33) is to run consecutively to the other counts. This sentence will also run concurrently with case CF-2022-465.

*In addition to and not in lieu of any portion of the foregoing term(s) of incarceration, upon release from incarceration, the Defendant shall be supervised by the Oklahoma Department of Corrections pursuant to 22 O.S. § 991a-21(A) for a period of not less than nine (9) months nor more than one (1) year pursuant to rules and conditions prescribed by the Oklahoma Department of Corrections; provided, this paragraph is inapplicable to any sentence imposing Life Imprisonment without Parole, 22 O.S. § 991a-21(B).*

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED BY THE COURT** that in addition to the preceding terms, the Defendant is also sentenced to:

<u>FINES, COSTS, VCA, RESTITUTION</u>

$1485.00 Victim Compensation Assessment

(X)  The defendant shall pay costs, fees, and restitution in accordance with the schedule attached as Addendum E.

<u>HEARING ON ABILITY TO PAY AFTER INCARCERATION</u>

(X) The Defendant shall report to the District Court of Oklahoma County within five (5) days of release for a hearing on the Defendant's ability to pay fines and costs pursuant to Section VIII of the Rules of the Court of Criminal Appeals, 22 O.S., Ch. 18, App.

**IT IS FURTHER ORDERED** that judgment is hereby entered against the Defendant as to the fines, costs and assessments set forth above.

The Court further advised the Defendant of his/her rights and procedure to appeal to the Court of Criminal Appeals of the State of Oklahoma, and that if he/she desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State subject to reimbursement of the cost of representation in accordance with Sec. 1355.14 of Title 22.  The Court further advised the Defendant that, in the event the above sentence is for a crime involving domestic violence where the Defendant is or was a spouse, intimate partner, parent, or guardian of the victim or is or was involved in another similar relationship with the victim it may be unlawful for him or her to possess, purchase, receive, transport or ship a firearm including a rifle, pistol or revolver or ammunition pursuant to federal law under 18 U.S.C. Section 922(g)(8) or (9), or state law, or both.

In the event the above sentence is for incarceration in the Department of Corrections, the Sheriff of Oklahoma County, Oklahoma, is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to serve as warrant and authority for the imprisonment of the Defendant as provided herein. A second copy of this Judgment and Sentence to be warrant and authority of the Sheriff for the transportation and imprisonment of the Defendant as herein before provided. The Sheriff to make due return to the Clerk of this Court, with his proceedings endorsed thereon.

## COURT CLERK'S DUTY

[TRIAL JUDGE TO COMPLETE THIS SECTION]

**IT IS FURTHER ORDERED** that the Clerk of this Court shall register or report the following circumstances in accordance with the applicable statutory authority:

(X) As to Counts one (1) – thirty-three (33), the Defendant is ineligible to register to vote pursuant to Section 4-101 of Title 26.

( ) Pursuant to Section 985.1 of Title 22, the Court departed from the mandatory minimum sentence of imprisonment as to Count(s) _____.

( ) As to Count(s) _____, the Defendant is subject to the Methamphetamine Offender Registry requirements as set forth in Section 2-701 of Title 63.

( ) As to Count(s) _____, the Defendant is subject to the Mary Rippy Violent Crime Offenders Registration Act requirements as set forth in Section 594 of Title 57.

( ) Defendant is a lawyer and certified copies of this document shall be transmitted to the Chief Justice of the Supreme Court and the General Counsel of the Bar Association within five (5) days as set forth in Rule 7.2 of the Oklahoma Rules of Professional Conduct, 5 O.S.Supp.2014, ch. 1, app. 1-A.

Witness my hand the day and year first above mentioned.

(SEAL)

JUDGE OF THE DISTRICT COURT

**Perry Hudson**

ATTEST:

**RICK WARREN, Court Clerk,**

Deputy Court Clerk

CLERK'S CERTIFICATION OF COPIES

I, the Clerk of the District Court of Oklahoma County, State of Oklahoma, do hereby certify the foregoing to be true, correct, full and complete copy of the original Judgment and Sentence in the case of the State of Oklahoma vs. _____ as the same appears of record in my office.

WITNESS my hand and official seal this _____ day of _____, 20_____.

(SEAL)

By:                                **RICK WARREN, Court Clerk,**

_____

Deputy Court Clerk

SHERIFF'S RETURN

I received this Judgment and Sentence the _____ day of _____, 20_____, and executed it by delivering the Defendant to the Warden of the Lexington Assessment and Reception Center at Lexington, Oklahoma, on the _____ day of _____, 20____. I also certify the above prisoner has served _____ days in the County Jail on the present charge or charges._____

                    Sheriff

_____

Deputy Sheriff

4

REV. 01-2006

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY, STATE OF OKLAHOMA**
**SUPPLEMENTAL ORDER OF THE COURT**

DEFENDANT: _Michael S. Hanson, Jr._                    CASE NO: CF- _2022-1542_

DATE OF SENTENCE: _March 15, 2023_                    CASE NO: CF- _2022-465_

TYPE OF SENTENCE: _____            CASE NO: CF-_____

### *RULES AND CONDITIONS OF SUPERVISED PROBATION*

1   I WILL REPORT IN PERSON OR AS DIRECTED BY THE PROBATION OFFICER.
2   I WILL NOT LEAVE THE STATE OF OKLAHOMA WITHOUT RECEIVING WRITTEN PERMISSION OF THE PROBATION OFFICER OR THE JUDGE. I WILL ALLOW THE PROBATION OFFICER TO VISIT ME AT MY HOME, EMPLOYMENT OR ELSEWHERE.
3   I WILL NOT VIOLATE ANY CITY, STATE, FEDERAL OR TRIBAL JURISDICTION LAWS AND I WILL ADVISE MY PROBATION OFFICER WITHIN 72 HOURS IF I AM QUESTIONED OR ARRESTED BY ANY LAW ENFORCEMENT AGENCY.
4   I WILL NOT ILLEGALLY POSSESS MARIJUANA OR ANY OTHER ILLEGAL NARCOTIC DRUG.
5   I WILL NOT ASSOCIATE WITH CONVICTED FELONS UNLESS THEY ARE FAMILY MEMBERS AND WILL NOTIFY THE PROBATION OFFICER ABOUT THE FAMILY MEMBER. IT IS MY RESPONSIBILITY TO KNOW WHETHER AN ASSOCIATE HAS A CRIMINAL RECORD.
6   I WILL NOT CHANGE ADDRESS WITHOUT NOTIFYING MY PROBATION OFFICER.
7   I WILL PROMPTLY AND TRUTHFULLY ANSWER ALL INQUIRIES MADE TO ME BY THE DEPARTMENT OF CORRECTIONS OR OTHER LAW ENFORCEMENT PERSONNEL.
8   I WILL NOT CARRY ANY CONCEALED WEAPON OF ANY TYPE.
9   I WILL NOT POSSESS OR HAVE IN MY IMMEDIATE CONTROL ANY FIREARM NOR RIDE IN A VEHICLE THAT HAS A FIREARM IN IT.
10  I UNDERSTAND I WILL BE SUPERVISED UNLESS RELEASED BY THE DEPARTMENT OF CORRECTIONS OR THE COURT.
11  I UNDERSTAND THAT MY PERSON, MY VEHICLE OR PROPERTY UNDER MY CONTROL ARE SUBJECT TO SEARCH WITHIN THE POLICY OF THE DEPARTMENT OF CORRECTIONS.
12  I WILL PAY A SUPERVISION FEE AS DETERMINED BY THE DEPARTMENT OF CORRECTIONS AND WILL PAY THE FEE BY MONEY ORDER, CASHIERS CHECK OR ELECTRONIC TRANSFER. A SERVICE FEE MAY BE CHARGED ABOVE AND BEYOND THE PROBATION FEE. ANY FULL OR PARTIAL WAIVER WILL BE MADE BY THE DEPARTMENT OF CORRECTIONS.
13  I WILL MAINTAIN LEGAL AND GAINFUL EMPLOYMENT AND SUPPLY WRITTEN VERIFICATION. I WILL NOTIFY MY PROBATION OFFICER IF I CHANGE JOBS WITHIN 72 HOURS.
14  I UNDERSTAND THAT CERTAIN VIOLATIONS MAY RESULT IN THE IMPOSITION OF ADDITIONAL SANCTIONS OR REVOCATION OR ACCELERATION OF MY SENTENCE.

SPECIAL CONDITIONS:

☐ A   PAY RESTITUTION PER THE SEPARATE SCHEDULE

☐ B   PERFORM COMMUNITY SERVICE PER THE SEPARATE SCHEDULE

☐ C   TRANSFER TO THE STATE OF _Florida_ AFTER COMPLETION OF INTAKE BY THE PROBATION OFFICE

☐ D   BE ASSESSED FOR ALCOHOL/DRUG TREATMENT AND THEN COMPLETE ANY TREATMENT AS DIRECTED BY THE DEPARTMENT OF CORRECTIONS AND PROVIDE WRITTEN PROOF

☐ E   ATTEND PSYCHIATRIC COUNSELING AS DIRECTED BY THE DEPARTMENT OF CORRECTIONS AND PROVIDE WRITTEN PROOF

☐ F   ATTEND SEX OFFENDER COUNSELING AS DIRECTED BY THE DEPARTMENT OF CORRECTIONS AND PROVIDE WRITTEN PROOF

☐ G   ATTEND DUI EDUCATION IF AND PROVIDE WRITTEN PROOF AS DIRECTED.

☐ H   ATTEND VICTIM IMPACT PANEL OR OTHER PROGRAM AS DIRECTED BY THE COURT

☐ I   COMPLETE GED OR JOB SKILLS TRAINING

☐ J   ATTEND R.I.D. AFTERCARE

☐ K   I WILL NOT POSSESS OR CONSUME ALCOHOL OR ILLEGAL NARCOTICS NOR VISIT PLACES WHERE THEY ARE DISPENSED, USED OR SOLD. I WILL NOT GO PLACES WHERE THE MAIN ITEM FOR SALE OR USE IS ALCOHOL OR ILLEGAL NARCOTICS.

☐ L   OTHER_____

_____

X _____
DEFENDANT

_____                    _15th_ DAY OF _March_, 20 _23_
ATTORNEY FOR DEFENDANT _27494_

_____                    _____
~~DISTRICT ATTORNEY~~  Assistant Attorney General          JUDGE OF THE DISTRICT COURT

WHITE: COURT     YELLOW: DISTRICT ATTORNEY     PINK: DEPARTMENT OF CORRECTIONS     GOLD: DEFENDANT

## - EXHIBIT B -

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY - STATE OF OKLAHOMA**

REV. July 2022

THE STATE OF OKLAHOMA,                    ) Case No. C F - 2022 - 1542

vs.                                       ) C __ - 2022 - 465

                                          ) C __ - _____ - _____

Michael S. Hanson, Jr.                    ) C __ - _____ - _____

## SUPPLEMENTAL COURT ORDER:  COMMUNITY SERVICE - RESTITUTION - COURT COST

## SENTENCE:        ☐ Deferred_____ Mos Yrs   ☐ Suspended_____ Mos Yrs   ☒ Time to Serve

☐ Supervised by DA      ☐ Unsupervised   ☐ Supervised until all conditions of Court ordered Probation are fulfilled.

☒ Supervised by DOC/Community Sentencing  ☐ Supervised by DOC/Probation and Parole.  DOC may recommend to the assigned District Court Judge that the Defendant be transferred DOC/Community Sentencing.  The Defendant must agree to the transfer before the application to transfer is submitted to the judge.

## COMMUNITY SERVICE:        ☐  READMIT

You are ordered to complete _____ hours (Min _____ hours per Month) of community service on or before the _____ day of _____ 20_____.

## RESTITUTION: Case No. C F - 2022 - 0405    Case No. C ___ - _____ - _____

The Defendant is ordered to make Restitution payments in accordance with the terms set out below and imposed by the Court:

☒    Pay full restitution in the amount of $ 1,800 on or before the 1 day of March 20 35.

        OR

☐    Pay restitution installment payments of $ _____ per month, beginning with the first day of _____ 20_____, and a similar payment of $ _____, on or before the first day of each month thereafter, until the full amount of $_____ is paid.

The following is a schedule of Recipients(s) owed restitution by the defendant and the amounts due each person:

| NAME | ADDRESS | PHONE NO. | AMOUNT |
|---|---|---|---|
| Danny Stearman | 311 Hardy Dr. Edmond, OK 73013 | 405-496-1024 | $ 1,800 |
|  | , | , | $ |
|  | , | , | $ |
|  | , | , | $ |

<u>NOTICE:</u>   RESTITUTION PAYMENTS ARE MADE TO:

☐  DEPT. OF CORRECTIONS, ATTN: RESTITUTION,  P O BOX 11400, OKLAHOMA CITY, OK 73136.

☐  OKLAHOMA COUNTY DISTRICT ATTORNEY'S OFFICE, 320 ROBERT S. KERR, STE 505, OKLAHOMA CITY, OK 73102.

* DEFENDANT MUST ADD ONE DOLLAR ($1.00) TO EACH PAYMENT AS REQUIRED BY LAW.

## COURT COSTS:        THE ENTIRE AMOUNT IS DUE TODAY !

YOU ARE ORDERED TO IMMEDIATELY REPORT TO THE COST ADMINISTRATOR'S OFFICE LOCATED IN ROOM 407 OKLAHOMA COUNTY OFFICE BUILDING, 320 ROBERT S. KERR, OKLAHOMA CITY OKLAHOMA 73102. <u>YOU MUST REPORT WITHIN FIVE (5) BUSINESS DAYS AFTER YOUR RELEASE FROM INCARCERATION.  FAILURE TO DO SO WILL RESULT IN A BENCH WARRANT BEING ISSUED FOR YOUR ARREST.</u>

Dated this 15th day of March 20 23.

_____
**Assistant District Attorney** General

_____
**Attorney for the Defendant** 21494

_____
**Defendant**

_____
**District Judge**

_____
**Deputy Court Clerk**

WHITE: COURT  GREEN: COST ADMINISTRATOR  YELLOW: DISTRICT ATTORNEY  PINK: DEPT OF CORRECTIONS or DA PROBATION  GOLD: DEFENDANT

## - EXHIBIT A -

**Addendum C.**

**COUNT I:**

That between approximately May 2021 and September 2021, the crime of **EMBEZZLEMENT** was feloniously committed in CLEVELAND COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC, to wit:

The Defendant fraudulently appropriated $2,340.36, belonging to Austin Morrow and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to construct a concrete project at his residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Morrow; and/or to any use or purpose not intended or authorized by Mr. Morrow.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT II:**

That between approximately September 2021 and October 2021, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $2,100.00, belonging to Arnulfo Garcia and which had been entrusted to the Defendant for the specific purpose as a down payment for the labor and materials to build a concrete retaining wall and metal gate on his property, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Garcia; and/or to any use or purpose not intended or authorized by Mr. Garcia.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT III:**

That between approximately December 2021 and January 2022, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $1,275.00, belonging to John Brewer and which had been entrusted to the Defendant for the specific purpose for the labor and materials to build a fence at his residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Brewer; and/or to any use or purpose not intended or authorized by Mr. Brewer.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT IV:**

That between approximately March 2021 and April 2022, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $1,600.00, belonging to George Werner and which had been entrusted to the Defendant for the specific purpose for the labor and materials to build a fence at his residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Werner; and/or to any use or purpose not intended or authorized by Mr. Werner.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**Addendum C.**

COUNT V:

That between approximately April 2021 and April 2022, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $1,725.00, belonging to Jeremiah Elwell and which had been entrusted to the Defendant for the specific purpose for the labor and materials to build a fence at his residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Elwell; and/or to any use or purpose not intended or authorized by Mr. Elwell.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

COUNT VI:

That between approximately June 2021 and April 2022, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $1,709.00, belonging to Bill Demattio and which had been entrusted to the Defendant for the specific purpose for the labor and materials to build a fence at his residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Demattio; and/or to any use or purpose not intended or authorized by Mr. Demattio.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

COUNT VII:

That between approximately July 2021 and April 2022, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $1,715.74, belonging to Rick Wickenkamp and which had been entrusted to the Defendant for the specific purpose for the labor and materials to build a fence at his residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Wickenkamp; and/or to any use or purpose not intended or authorized by Mr. Wickenkamp.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

COUNT VIII:

That between approximately October 2021 and May 2022, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $2,350.00 belonging to Wayne Petree and which had been entrusted to the Defendant for the specific purpose for the labor and materials to build a retaining wall at his residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Petree; and/or to any use or purpose not intended or authorized by Mr. Petree.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

COUNT IX:

That between approximately January 2022 and June 2022, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

**Addendum C.**

The Defendant fraudulently appropriated $2,300.00, belonging to Robert Powers and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to build a fence at his residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Powers; and/or to any use or purpose not intended or authorized by Mr. Powers.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT X:**

That between approximately May 2021 and September 2022, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $2,000.00, belonging to Jan Scheffler and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to build a fence at her residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Ms. Scheffler; and/or to any use or purpose not intended or authorized by Ms. Scheffler.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XI:**

That between approximately May 2022 and September 2022, the crime of **EMBEZZLEMENT** was feloniously committed in CLEVELAND COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $2,485.00, belonging to Sonja Nicholas and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to build a fence at her residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Ms. Nicholas; and/or to any use or purpose not intended or authorized by Ms. Nicholas.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XII:**

That between approximately April 2021 and August 2021, the crime of **EMBEZZLEMENT** was feloniously committed in GRADY COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $7,800.00, belonging to Kathy Johnson and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to build a fence at her residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Ms. Johnson; and/or to any use or purpose not intended or authorized by Ms. Johnson.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XIII:**

That between approximately July 2021 and January 2022, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

**Addendum C.**

The Defendant fraudulently appropriated $4,700.00, belonging to Austin Waddle and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to complete a concrete patio and sidewalk extension on his property, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Waddle; and/or to any use or purpose not intended or authorized by Mr. Waddle.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XIV:**

That between approximately July 2021 and October 2021, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $2,618.00, belonging to Carmen Stepp and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to build a fence at her residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Ms. Stepp; and/or to any use or purpose not intended or authorized by Ms. Stepp.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XV:**

That between approximately August 2021 and September 2021, the crime of **EMBEZZLEMENT** was feloniously committed in CANADIAN COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $2,825.00, belonging to Matthew Jewell and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to complete a fence at his residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Jewell; and/or to any use or purpose not intended or authorized by Mr. Jewell.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XVI:**

That between approximately April 2021 and December 2021, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $5,319.00, belonging to Mark Jones and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to build a greenhouse and complete HVAC and concrete work of the same at his residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Jones; and/or to any use or purpose not intended or authorized by Mr. Jones.
Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XVII:**

That between approximately March 2021 and April 2022, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

**Addendum C.**

The Defendant fraudulently appropriated $2,800.00, belonging to Robert Barnett and which had been entrusted to the Defendant for the specific purpose for the labor and materials to build a fence at his residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Barnett; and/or to any use or purpose not intended or authorized by Mr. Barnett.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XVIII:**

That between approximately July 2021 and April 2022, the crime of **EMBEZZLEMENT** was feloniously committed in LOGAN COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $6,700.77, belonging to Richard Lane and which had been entrusted to the Defendant for the specific purpose for the labor and materials to build a fence and paint at his residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Lane; and/or to any use or purpose not intended or authorized by Mr. Lane.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XIX:**

That between approximately September 2021 and April 2022, the crime of **EMBEZZLEMENT** was feloniously committed in LOGAN COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $3,228.47, belonging to James Larimore and which had been entrusted to the Defendant for the specific purpose for the labor and materials to build a fence at his residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Larimore; and/or to any use or purpose not intended or authorized by Mr. Larimore.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XX:**

That between approximately September 2021 and April 2022, the crime of **EMBEZZLEMENT** was feloniously committed in CANADIAN COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $13,900.00, belonging to Drew Hendrix and which had been entrusted to the Defendant for the specific purpose for the labor and materials to build a fence and retaining wall at his residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Hendrix; and/or to any use or purpose not intended or authorized by Mr. Hendrix.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XXI:**

That between approximately September 2021 and April 2022, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

**Addendum C.**

The Defendant fraudulently appropriated $12,927.60, belonging to David Herrig and which had been entrusted to the Defendant for the specific purpose for the labor and materials to build a fence and retaining wall at his residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Herrig; and/or to any use or purpose not intended or authorized by Mr. Herrig.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XXII:**

That between approximately December 2021 and April 2022, the crime of **EMBEZZLEMENT** was feloniously committed in LINCOLN COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $4,439.29, belonging to Paula Gladden and which had been entrusted to the Defendant for the specific purpose for the labor and materials to build a fence at her residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Ms. Gladden; and/or to any use or purpose not intended or authorized by Ms. Gladden.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XXIII:**

That between approximately April 2021 and July 2022, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $4,227.00, belonging to Roberta Kendall and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to build a fence on her property, to the Defendant's own use and benefit, a purpose not intended or authorized by Ms. Kendall; and/or to any use or purpose not intended or authorized by Ms. Kendall.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XXIV:**

That between approximately August 2021 and July 2022, the crime of **EMBEZZLEMENT** was feloniously committed in CLEVELAND COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $4,900.00, belonging to Robert Fieldin and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to build a fence on his property, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Fieldin; and/or to any use or purpose not intended or authorized by Mr. Fieldin.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XXV:**

That between approximately May 2022 and September 2022, the crime of **EMBEZZLEMENT** was feloniously committed in CLEVELAND COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

**Addendum C.**

The Defendant fraudulently appropriated $2,500.00, belonging to Tad Thurston and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to build a fence and concrete pad at his residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Thurston; and/or to any use or purpose not intended or authorized by Mr. Thurston.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XXVI:**

That between approximately July 2022 and September 2022, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $5,067.89, belonging to Dorothy Cruzen and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to build a patio awning at her residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Ms. Cruzen; and/or to any use or purpose not intended or authorized by Ms. Cruzen.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XXVII:**

That between approximately August 2022 and September 2022, the crime of **EMBEZZLEMENT** was feloniously committed in CANADIAN COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $5,600.00, belonging to Betsie Koshy and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to build a fence at her residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Ms. Koshy; and/or to any use or purpose not intended or authorized by Ms. Koshy.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XXVIII:**

That between approximately December 2021 and February 2022, the crime of **EMBEZZLEMENT** was feloniously committed in CANADIAN COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $52,255.68, belonging to John Anderson and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to build a fence, concrete pad, sidewalks, and a shop building on his property, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Anderson; and/or to any use or purpose not intended or authorized by Mr. Anderson.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XXIX:**

That between approximately June 2021 and July 2022, the crime of **EMBEZZLEMENT** was feloniously committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

**Addendum C.**

The Defendant fraudulently appropriated $23,000.00, belonging to Lori McGreey and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to complete home renovations on her property, to the Defendant's own use and benefit, a purpose not intended or authorized by Ms. McGreey; and/or to any use or purpose not intended or authorized by Ms. McGreey.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XXX:**

That between approximately November 2021 and April 2022, the crime of **EMBEZZLEMENT** was committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $800.00, belonging to Kathleen Amour and which had been entrusted to the Defendant for the specific purpose for the labor and materials to build a fence at her residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Ms. Amour; and/or to any use or purpose not intended or authorized by Ms. Amour.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XXXI:**

That between approximately May 2022 and September 2022, the crime of **EMBEZZLEMENT** was committed in CLEVELAND COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $720.00, belonging to Jim Day and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to build a fence at her residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Mr. Day; and/or to any use or purpose not intended or authorized by Mr. Day.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XXXII:**

That between approximately July 2022 and September 2022, the crime of **EMBEZZLEMENT** was committed in OKLAHOMA COUNTY, State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

The Defendant fraudulently appropriated $2,000, belonging to Sondra Newton and which had been entrusted to the Defendant for the specific purpose as a payment for the labor and materials to build a retaining wall at her residence, to the Defendant's own use and benefit, a purpose not intended or authorized by Ms. Newton; and/or to any use or purpose not intended or authorized by Ms. Newton.

Said actions and practices are contrary to the provisions of Section 1451 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

**COUNT XXXIII:**

That between approximately March 2021 and September 2022, the crime of **RACKEETEERING** was feloniously committed in multiple counties (OKLAHOMA, CLEVELAND, CANADIAN, LOGAN, GRADY) State of Oklahoma, by **MICHAEL HANSON** d/b/a Leaders Construction, LLC., to wit:

**Addendum C.**

**MICHAEL HANSON** was associated with the enterprise Leaders Construction, LLC. As described below, **MICHAEL HANSON** conducted or otherwise participated in the affairs of Leaders Construction, LLC through a pattern of racketeering activity in that he was entrusted with money from Oklahoma consumers to complete fence work and other home renovation projects and fraudulently appropriated those monies to purposes for which they were not intended.

These illegal acts constitute racketeering activity as enumerated under Title 22, Section 1402(10)(r) of the Oklahoma Statutes:

- Above counts I-XI as alleged in this Information: Embezzlement 21 O.S. § 1451 (B)(2)
- Above counts XII-XXVII as alleged in this Information: Embezzlement 21 O.S. § 1451 (B)(3)
- Above counts XXVIII-XXIX as alleged in this Information: Embezzlement 21 O.S. § 1451 (B)(4)

These racketeering activities were two or more occasions of conduct that were related to the affairs of Leaders Construction, LLC, were not isolated, and were not so closely related to one another that they constituted a single event.

Venue in Oklahoma County is proper as at least one of the above counts of racketeering activity occurred in Oklahoma County.

Said actions and practices are contrary to the provisions of Section 1403 of Title 22 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.