**OKLAHOMA State Courts Network**

The information on this page is NOT an official record. Do not rely on the correctness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA,<br>    Plaintiff,<br>v.<br>MICHAEL STEVEN HANSON,<br>    Defendant. | No. CF-2022-465<br>(Criminal Felony)<br><br>Filed: 01/28/2022<br>Closed: 03/15/2023<br><br>Judge: Savage, Kathryn |

**CASE MAY BE ELIGIBLE FOR ONLINE PAYMENTS**

## PARTIES

HANSON, MICHAEL STEVEN, Defendant
STATE OF OKLAHOMA, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| COLEMAN, TONY (Bar #21494)<br>101 PARK AVE, SUITE 300<br>OKLAHOMA CITY, OK 73102 | HANSON, MICHAEL STEVEN |

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Thursday, May 5, 2022 at 9:00 AM<br>PRELIMINARY HEARING CONFERENCE | HANSON, MICHAEL STEVEN | Lisa K. Hammond | |
| Monday, July 11, 2022 at 9:00 AM<br>PRELIMINARY HEARING CONFERENCE X1 | HANSON, MICHAEL STEVEN | Lisa K. Hammond | |
| Tuesday, September 13, 2022 at 9:00 AM<br>PRELIMINARY HEARING CONFERENCE X2 | HANSON, MICHAEL STEVEN | Lisa K. Hammond | |
| Tuesday, November 15, 2022 at 9:00 AM<br>PRELIMINARY HEARING CONFERENCE | HANSON, MICHAEL STEVEN | Lisa K. Hammond | |
| Tuesday, December 6, 2022 at 9:00 AM<br>PRELIMINARY HEARING CONFERENCE X 4 | HANSON, MICHAEL STEVEN | Lisa K. Hammond | |
| Wednesday, March 15, 2023 at 9:00 AM<br>PRELIMINARY HEARING | HANSON, MICHAEL STEVEN | Perry Hudson | |
| Thursday, May 1, 2025 at 0:00 AM<br>COST ADMINISTRATION REVIEW | HANSON, MICHAEL STEVEN | Cost Admin. Judge (General) | |

## COUNTS

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**  Count as Filed: FFP, OBTAINING PROPERTY BY TRICK/DECEPTION OR FALSE REPRESENTATION/PRETENSE, in violation of 21 O.S. 1500-1545,1550.42,1631-1674
Date of Offense: 09/16/2021

| Party Name | Disposition Information |
|---|---|
| HANSON, MICHAEL STEVEN | **Disposed: CONVICTION, 03/15/2023. Guilty Plea**<br>Count as Disposed: OBTAINING PROPERTY BY TRICK/DECEPTION OR FALSE REPRESENTATION/PRETENSE(FFP)<br>Violation of 21 O.S. 1500-1545,1550.42,1631-1674 |

## DOCKET

| Date | Code | Description | |
|---|---|---|---|
| 01-28-2022 | [ TEXT ] | CRIMINAL FELONY INITIAL FILING.<br>Document Available at Court Clerk's Office | HANSON, MICHAEL STEVEN |

**EXHIBIT 5**

| Date | Code | Party | Amount |
|---|---|---|---|
| 01-28-2022 | [ INFORMATION ] | HANSON, MICHAEL STEVEN | #1 |

DEFENDANT MICHAEL STEVEN HANSON WAS CHARGED WITH COUNT #1, OBTAINING PROPERTY BY TRICK/DECEPTION OR FALSE REPRESENTATION/PRETENSE IN VIOLATION OF 21 O.S. 1500-1545,1550.42,1631-1674

**01-28-2022  [ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE PALUMBO, AMY TO THIS CASE.

**01-31-2022  [ 👁 WAI$ ]**   HANSON, MICHAEL STEVEN   $ 50.00

WARRANT OF ARREST ISSUED, JUDGE: KEVIN MCCRAY - BOND AMOUNT: $5,000.00

COMMENT:

**01-31-2022  [ OCISR ]**   HANSON, MICHAEL STEVEN   $ 25.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

**04-06-2022  [ EAA ]**   HANSON, MICHAEL STEVEN

ENTRY OF APPEARANCE/ TONY COLEMAN
Document Available at Court Clerk's Office

**04-08-2022  [ BO ]**   HANSON, MICHAEL STEVEN   $ 10.00

PROFESSIONAL BOND FOR HANSON, MICHAEL STEVEN POSTED BY SHERMAN, JERMELL (MULTICOUNTY AGENT:SHERMAN, JERMELL ) (POWER NUMBER:1570 ), IN THE AMOUNT OF $5,000.00, POSTED 02/01/2022
Document Available at Court Clerk's Office

**04-08-2022  [ BOJ ]**   HANSON, MICHAEL STEVEN   $ 25.00

BOND INITIAL FILING JAIL FUND FEE

**04-08-2022  [ CCADMIN25 ]**   HANSON, MICHAEL STEVEN   $ 2.50

COURT CLERK ADMINISTRATIVE FEE ON $25 COLLECTIONS

**04-08-2022  [ DCADMIN25 ]**   HANSON, MICHAEL STEVEN   $ 3.75

DISTRICT COURT ADMINISTRATIVE FEE ON $25 COLLECTIONS

**04-08-2022  [ CTFREE ]**   HANSON, MICHAEL STEVEN

JUDGE MCCRAY: COMES FOR INTIAL APPEARANCE. DEFT APPEARS IN PERSON. THE STATE DOES NOT APPEAR. A PLEA OF "NOT GUILTY" IS ENTERED. PHC IS SET FOR 05-05-22 AT 9AM BEFORE JUDGE HAMMOND. BAIL IS SET AT $5,000.
Document Available at Court Clerk's Office

**04-12-2022  [ ORSR ]**   HANSON, MICHAEL STEVEN

ORDER OF RELEASE W/SHERIFF'S RETURN
Document Available at Court Clerk's Office

**04-12-2022  [ ↺ RETWA ]**   HANSON, MICHAEL STEVEN

WARRANT RETURNED 4/12/2022, WARRANT ISSUED ON 1/31/2022
COMMENT: WARRANT CLEARED 4-11-22
Document Available at Court Clerk's Office

**05-05-2022  [ CTFREE ]**   HANSON, MICHAEL STEVEN

JUDGE HAMMOND: THE DEFENDANT APPEARS IN PERSON WITH ATTORNEY TONY COLEMAN BY HOWARD MORROW. THE STATE APPEARS BY AAG MATT WILLOUGHBY. THE PHC IS CONTINUED TO 07-11-22 AT 9AM BEFORE JUDGE HAMMOND FOR FURTHER NEGOTIATION, AT THE REQUEST OF THE DEFENSE WITHOUT OBJECTION FROM THE STATE. COURT REPORTER WAIVED. CF-22-1542 TRANSFER FROM SAVAGE
Document Available at Court Clerk's Office

**07-11-2022  [ O ]**   HANSON, MICHAEL STEVEN

ORDER REASSIGNING CRIMINAL DISTRICT JUDGE AND RESETTING CONFERENCE DOCKET FROM JUDGE PALUMBO TO JUDGE ELLIOTT
NEXT COURT DATE: 09-13-22 AT 9 AM BEFORE JUDGE HAMMOND
SIGNED BY; JUDGE HAMMOND
Document Available at Court Clerk's Office

**07-11-2022  [ CTFREE ]**   HANSON, MICHAEL STEVEN

JUDGE HAMMOND: THE DEFT IS PRESENT IN PERSON WITH COUNSEL HOWARD MORROW FOR TONY COLEMAN. THE STATE IS PRESENT BY ADA EASTER AND AAG MATT WILLOUGHBY. THE PHC IS CONT TO 09-13-22 AT 9 AM BEFORE JUDGE HAMMOND FOR FURTHER NEGOTIATION, AT DEFT'S REQUEST WITHOUT OBJECTION BY STATE. THE COURT REPORTER IS WAIVED.
Document Available at Court Clerk's Office

**09-13-2022  [ CTFREE ]**   HANSON, MICHAEL STEVEN

JUDGE HAMMOND / STATE APP BY ADA M. EASTER AND AAG M. WILLOUGHBY, DEFT APP IN PERSON W/ COUNSEL T. COLEMAN / MATTER IS CONTINUED TO 11-15-2022 AT 9:00 AM BEFORE JUDGE HAMMOND
Document Available at Court Clerk's Office

**09-15-2022  [ BONO ]**   HANSON, MICHAEL STEVEN

RE-COMMITMENT OF DEFENDANT BY BONDSMAN/OKLAHOMA COUNTY ON 9-13-22 BY JERMELL SHERMAN
Document Available at Court Clerk's Office

**09-15-2022  [ NODEF ]**   HANSON, MICHAEL STEVEN

NOTICE OF INTENT TO SURRENDER BY BONDSPERSON/SURETY AND REQUEST TO EXONERATE BOND
Document Available at Court Clerk's Office

**09-15-2022  [ BDXON ]**   HANSON, MICHAEL STEVEN   #1

THE STATUS OF THE BOND ENTRY DETAILED IN DOCKET SERIAL #111669865 ABOVE HAS CHANGED TO READ AS FOLLOWS:
PROFESSIONAL BOND FOR HANSON, MICHAEL STEVEN POSTED BY SHERMAN, JERMELL (MULTICOUNTY AGENT:SHERMAN, JERMELL ) (POWER NUMBER:1570 ), IN THE AMOUNT OF $5,000.00, POSTED 02/01/2022, EXONERATED 09/15/2022

| Date | Code | Party | # | Amount |
|---|---|---|---|---|
| 10-26-2022 | [ MO ] | HANSON, MICHAEL STEVEN | | |
| MOTION TO WITHDRAW AS ATTORNEY OF RECORD<br>Document Available at Court Clerk's Office | | | | |
| 11-15-2022 | [ CTFREE ] | HANSON, MICHAEL STEVEN | | |
| HAMMOND: DEFT IN CUSTODY. COUNSEL A GUTIERREZ FOR COLEMAN APPEARS. STATE BY AAG M WILLOUGHBY. PHC CONT TO 12-06-2022 9AM<br>Document Available at Court Clerk's Office | | | | |
| 12-06-2022 | [ CTFREE ] | HANSON, MICHAEL STEVEN | | |
| HAMMOND: DEFT IN CUSTODY. COUNSEL COLEMAN APPEARS. STATE BY ADA ALVARADO. PH SET FOR 03-15-2023 9AM<br>Document Available at Court Clerk's Office | | | | |
| 01-06-2023 | [ TEXT ] | | | |
| JUDGE REASSIGNMENT - HD#138691 | | | | |
| 01-09-2023 | [ TEXT ] | | | |
| HD138691 - JUDGE REASSIGNMENT | | | | |
| 02-21-2023 | [ RTSBN ] | HANSON, MICHAEL STEVEN | | |
| RETURN SUBPOENA (NO CHARGE)<br>Document Available at Court Clerk's Office | | | | |
| 03-15-2023 | [ ISCM ] | HANSON, MICHAEL STEVEN | | |
| ISSUE COMMITMENT | | | | |
| 03-15-2023 | [ CONVICTED ] | HANSON, MICHAEL STEVEN | #1 | |
| JUDGE HUDSON: DEFT APPEARS IN CUSTODY WITH COUNSEL TONY COLEMAN. THE STATE IS PRESENT BY ADA ALEX ALVARADO. THE DEFT ENTERS A PLEA OF GUILTY AND IS SENTENCED TO (2) YRS TO DO IN DOC W/ CFTS. TO RUN C/C W/ CF-22-1542. RESTITUTION IN THE AMOUNT OF $1,800 TO D.S. THE DEFT IS TO PAY $50 FINES, $45 VCA, $150 DNA FEE, $50 DISTRICT ATTORNEY FEE, AND COURT COSTS. ALL COSTS DUE INSTANTER. COURT REPORTER WAIVED. ANY BOND NOT IN FORFEITURE IS TO BE EXONERATED. COMMITMENT ISSUED. | | | | |
| 03-15-2023 | [ COSTF ] | HANSON, MICHAEL STEVEN | #1 | $ 103.00 |
| COURT COSTS ON FELONY | | | | |
| 03-15-2023 | [ DACPAF ] | HANSON, MICHAEL STEVEN | #1 | $ 50.00 |
| DA COUNCIL PROSECUTION ASSESSMENT FOR FELONY | | | | |
| 03-15-2023 | [ OCISR ] | HANSON, MICHAEL STEVEN | #1 | $ 25.00 |
| OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | | |
| 03-15-2023 | [ SSFCHS ] | HANSON, MICHAEL STEVEN | #1 | $ 10.00 |
| SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY | | | | |
| 03-15-2023 | [ MELRF ] | HANSON, MICHAEL STEVEN | #1 | $ 10.00 |
| MEDICAL EXPENSE LIABILITY REVOLVING FUND | | | | |
| 03-15-2023 | [ CLEET ] | HANSON, MICHAEL STEVEN | #1 | $ 10.00 |
| CLEET PENALTY ASSESSMENT | | | | |
| 03-15-2023 | [ FOREN ] | HANSON, MICHAEL STEVEN | #1 | $ 10.00 |
| FORENSIC SCIENCE IMPROVEMENT ASSESSMENT | | | | |
| 03-15-2023 | [ AFIS ] | HANSON, MICHAEL STEVEN | #1 | $ 10.00 |
| AFIS FEE | | | | |
| 03-15-2023 | [ PFE7 ] | HANSON, MICHAEL STEVEN | #1 | $ 6.00 |
| LAW LIBRARY FEE | | | | |
| 03-15-2023 | [ SSF ] | HANSON, MICHAEL STEVEN | #1 | $ 5.00 |
| SHERIFF'S SERVICE FEE ON ARRESTS | | | | |
| 03-15-2023 | [ CHAB ] | HANSON, MICHAEL STEVEN | #1 | $ 3.00 |
| C.H.A.B. STATUTORY FEE | | | | |
| 03-15-2023 | [ AGVSU ] | HANSON, MICHAEL STEVEN | #1 | $ 3.00 |
| ATTORNEY GENERAL VICTIM SERVICES UNIT | | | | |
| 03-15-2023 | [ VCA ] | HANSON, MICHAEL STEVEN | #1 | $ 45.00 |
| VICTIMS COMPENSATION ASSESSMENT (AC12) | | | | |
| 03-15-2023 | [ FINE ] | HANSON, MICHAEL STEVEN | #1 | $ 50.00 |
| FINES PAYABLE TO COUNTY | | | | |
| 03-15-2023 | [ DNAO ] | HANSON, MICHAEL STEVEN | #1 | $ 150.00 |
| DNA LAB FEE- - PAY TO OSBI | | | | |
| 03-15-2023 | [ CCADMIN ] | HANSON, MICHAEL STEVEN | #1 | $ 25.60 |
| COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | | |
| 03-15-2023 | [ DCADMIN ] | HANSON, MICHAEL STEVEN | #1 | $ 38.40 |
| DISTRICT COURT ADMINISTRATIVE FEE | | | | |
| 03-15-2023 | [ PGSF ] | HANSON, MICHAEL STEVEN | | |
| PLEA OF GUILTY - SUMMARY OF FACTS/ FINDING OF FACTS/ ACCEPTANCE OF PLEA/ JUDGE HUDSON<br>Document Available at Court Clerk's Office | | | | |

| Date | Code | Description | Party | Amount |
|---|---|---|---|---|
| 03-15-2023 | [ NO ] | DISTRICT ATTORNEY PROSECUTION REIMBURSEMENT NOTICE/ JUDGE HUDSON<br>Document Available at Court Clerk's Office | HANSON, MICHAEL STEVEN | |
| 03-21-2023 | [ J&S ] | JUDGMENT AND SENTENCE/TIME TO DO/ELECTRONICALLY TRANSFERRED/JUDGE HUDSON<br>Document Available at Court Clerk's Office | HANSON, MICHAEL STEVEN | |
| 03-22-2023 | [ TCSR ] | TEMPORARY COMMITMENT<br>Document Available at Court Clerk's Office | HANSON, MICHAEL STEVEN | |
| 03-28-2023 | [ WFPDA ] | WITNESS FEES PAID BY DISTRICT ATTORNEY<br>Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | HANSON, MICHAEL STEVEN | $ 27.03 |
| 10-31-2023 | [ CTRS ] | CLAIM FOR INTERCEPT OF TAX REFUND | HANSON, MICHAEL STEVEN | |