OK DOC
REPORT NO. IPTR108 - 90

**Consolidated Record Card**

**OKLAHOMA STATE DEPARTMENT OF CORRECTIONS - Consolidated Record Card**

| DOC Number | DOC Reception Date | Gender | Race | Height | Weight | Hair | Right eye |
|---|---|---|---|---|---|---|---|
| 1000153 | 6/30/23 | MALE | White | 6'00 | 207 lbs | Salt & Pepper | Green |

| Name | SSN | OSBI Number | FBI Number |
|---|---|---|---|
| Michael Hanson | ▮4467 | 1972251 | 146978WD1 |

| Alias Names and Additional SSN | Date of Birth | Parole Eligibility |
|---|---|---|
| Michael Steven Hanson | 01/▮▮1980 | 01/01/1000 |

Religion: None
Skills: CMC Construction
Skills: Plumbing 2

Emergency Contact: Hanson, Jessica    Spouse    Contact Address: 2541 Grand ST    Jacksonville FL    Zip Code: 32208
Telephone Number: (H)(405)315-7344    (W)(405)681-1329    (C)(405)240-8615

| CRF | Count No. | J & S Date | County of Prosecution | Offense Description | Sentences | |
|---|---|---|---|---|---|---|
| CF-2022-1542 | 1 | 03/15/2023 | Oklahoma | Embezzlement | 1y 0m 0d Incarceration | 06/30/2023 |
| CF-2022-1542 | 2 | 03/15/2023 | Oklahoma | Embezzlement | 1y 0m 0d Incarceration | 06/30/2023 |
| CF-2022-1542 | 3 | 03/15/2023 | Oklahoma | Embezzlement | 1y 0m 0d Incarceration | 06/30/2023 |
| CF-2022-1542 | 4 | 03/15/2023 | Oklahoma | Embezzlement | 1y 0m 0d Incarceration | 06/30/2023 |
| CF-2022-1542 | 5 | 03/15/2023 | Oklahoma | Embezzlement | 1y 0m 0d Incarceration | 06/30/2023 |
| CF-2022-1542 | 6 | 03/15/2023 | Oklahoma | Embezzlement | 1y 0m 0d Incarceration | 06/30/2023 |
| CF-2022-1542 | 7 | 03/15/2023 | Oklahoma | Embezzlement | 1y 0m 0d Incarceration | 06/30/2023 |
| CF-2022-1542 | 8 | 03/15/2023 | Oklahoma | Embezzlement | 1y 0m 0d Incarceration | 06/30/2023 |
| CF-2022-1542 | 9 | 03/15/2023 | Oklahoma | Embezzlement | 1y 0m 0d Incarceration | 06/30/2023 |
| CF-2022-1542 | 10 | 03/15/2023 | Oklahoma | Embezzlement | 1y 0m 0d Incarceration | 06/30/2023 |
| CF-2022-1542 | 11 | 03/15/2023 | Oklahoma | Embezzlement | 1y 0m 0d Incarceration | 06/30/2023 |
| CF-2022-1542 | 12 | 03/15/2023 | Oklahoma | Embezzlement | 2y 0m 0d Incarceration | 11/18/2023 |
| CF-2022-1542 | 13 | 03/15/2023 | Oklahoma | Embezzlement | 2y 0m 0d Incarceration | 11/18/2023 |
| CF-2022-1542 | 14 | 03/15/2023 | Oklahoma | Embezzlement | 2y 0m 0d Incarceration | 11/18/2023 |
| CF-2022-1542 | 15 | 03/15/2023 | Oklahoma | Embezzlement | 2y 0m 0d Incarceration | 11/18/2023 |
| CF-2022-1542 | 16 | 03/15/2023 | Oklahoma | Embezzlement | 2y 0m 0d Incarceration | 11/18/2023 |
| CF-2022-1542 | 17 | 03/15/2023 | Oklahoma | Embezzlement | 2y 0m 0d Incarceration | 11/18/2023 |
| CF-2022-1542 | 18 | 03/15/2023 | Oklahoma | Embezzlement | 2y 0m 0d Incarceration | 11/18/2023 |
| CF-2022-1542 | 19 | 03/15/2023 | Oklahoma | Embezzlement | 2y 0m 0d Incarceration | 11/18/2023 |
| CF-2022-1542 | 20 | 03/15/2023 | Oklahoma | Embezzlement | 2y 0m 0d Incarceration | 11/18/2023 |
| CF-2022-1542 | 21 | 03/15/2023 | Oklahoma | Embezzlement | 2y 0m 0d Incarceration | 11/18/2023 |
| CF-2022-1542 | 22 | 03/15/2023 | Oklahoma | Embezzlement | 2y 0m 0d Incarceration | 11/18/2023 |
| CF-2022-1542 | 23 | 03/15/2023 | Oklahoma | Embezzlement | 2y 0m 0d Incarceration | 11/18/2023 |
| CF-2022-1542 | 24 | 03/15/2023 | Oklahoma | Embezzlement | 2y 0m 0d Incarceration | 11/18/2023 |

EXHIBIT 7

PAGE 1 OF 2

## Consolidated Record Card

**OKLAHOMA STATE DEPARTMENT OF CORRECTIONS - Consolidated Record Card**

| Case | Count | Date | County | Charge | Sentence | Date |
|---|---|---|---|---|---|---|
| CF-2022-1542 | 25 | 03/15/2023 | Oklahoma | Embezzlement | 2y 0m 0d Incarceration | 11/18/2023 |
| CF-2022-1542 | 26 | 03/15/2023 | Oklahoma | Embezzlement | 2y 0m 0d Incarceration | 11/18/2023 |
| CF-2022-1542 | 27 | 03/15/2023 | Oklahoma | Embezzlement | 2y 0m 0d Incarceration | 11/18/2023 |
| CF-2022-1542 | 28 | 03/15/2023 | Oklahoma | Embezzlement | 8y 0m 0d Incarceration | ← |
| CF-2022-1542 | 33 | 03/15/2023 | Oklahoma | Racketeering | 12y 0m 0d Incarceration CS:CF-2022-1542/28 | |
| CF-2022-0465 | 1 | 03/15/2023 | Oklahoma | False Pretenses; Trick Or Deception | 1y 0m 0d Incarceration | 6/30/2023 |
| CF-2022-1542 | 29 | 3/15/23 | Oklahoma | Embezzlement | 8y 0m 0d Incarceration | |

| Movement History | | | Classification/Job | | | Disciplinary Record | | | |
|---|---|---|---|---|---|---|---|---|---|
| From | To | Date | Action | Date | Charge | Code | Date | Punishment | Code |
| OklaCourt | OklahomaBL | 03/15/2023 | | | | | | | |
| OklahomaBL | LARC | 06/30/2023 | | | | | | | |
| LARC | JVCC | 7-25-23 | | | | | | | |

Release Notification, Court Cost, Etc.