IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

OCT 3 1 2023

RICK WARREN
COURT CLERK

80 _____

| | |
|---|---|
| STATE OF OKALHOMA,<br>Petitioner,<br><br>-vs-<br><br>MICHAEL S. HANSON, JR,<br>Respondent. | CF-2022-1542 |

## ORDER DENYING MOTION FOR JUDICIAL REVIEW
## REDUCTION IN SENTENCE / PROVISIONAL RELEASE

This matter comes on before the Court, pursuant to the provisions of 22 O.S. Section 982a, on the application of the defendant named above for motion for judicial review. After review of the court file and the court docket sheet, the Court concludes:

1. The sentence imposed by the Court was pursuant to a negotiated plea agreement before Judge Hudson on March 15, 2023, between the defendant and the State of Oklahoma.

2. The Oklahoma Attorney General has not consented to a judicial review by the Court.

3. Title 22 O.S. Section 982a does not apply to sentences imposed pursuant to a negotiated plea agreement without the consent of the Attorney General.

**IT IS THEREFORE ORDERED** by this Court that the defendant's request for judicial review is denied.

Dated this ___ day of October 2023.

KATHRYN R. SAVAGE
DISTRICT JUDGE

**EXHIBIT 9**

CERTIFICATE OF MAILING

This is to certify that a true and correct copy of the above and foregoing Order Denying Defendant's Motion Judicial Review was mailed, on the day it was filed with the Clerk of the District Court, to:

Michael S. Hanson, Jr., OK DOC #1000153
Jess Dunn Correctional Center
601 S. 124th St. W
Taft, OK 74463

_____
Deputy Court Clerk